| | |
|---|---|
| STEVEN T. LESLIE,<br><br>            Plaintiff,<br><br>     v.<br><br>E. GOVEA; D. TIERNAN,<br><br>            Defendants. | Case No. 1:20-cv-00004-JLT (PC)<br><br>**FINDINGS AND RECOMMENDATIONS TO DISMISS DEFENDANT**<br><br>14-DAY DEADLINE<br><br>Clerk of the Court to assign a District Judge |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

On March 29, 2020, the Court screened Plaintiff's complaint (Doc. 1) and found that it states a cognizable claim against D. Tiernan but not E. Govea. (Doc. 6.) The Court therefore directed Plaintiff to file a first amended complaint curing the deficiencies identified in its order or notify the Court that he wishes to proceed only on the claim found cognizable. (*Id.* at 5.)

In response to the Court's screening order, Plaintiff filed a notice "requesting … to proceed on the cognizable claim against D. Tiernan, and to remove E. Govea." (Doc. 7.) Accordingly, and for the reasons set forth in the Court's screening order (Doc. 6), the Court RECOMMENDS that Defendant Govea be DISMISSED. The Court DIRECTS the Clerk of the Court to assign a District Judge to this action.

These Findings and Recommendations will be submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 14 days of the date of service of these Findings and Recommendations, Plaintiff may file written objections

with the Court. The document should be captioned, "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may result in waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

    Dated: **April 10, 2020**              **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE