UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN T. LESLIE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>E. GOVEA, et al.,<br><br>　　　　　Defendants. | No. 1:20-cv-00004-DAD-JLT (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 9) |

　　　　Plaintiff Steven T. Leslie is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On March 30, 2020, the assigned magistrate issued a screening order, finding that plaintiff's complaint (Doc. No. 1) states a cognizable claim excessive force claim against defendant Tiernan but not against defendant Govea.  (Doc. No. 6.)  Pursuant to the screening order, plaintiff filed a notice "requesting . . . to proceed on the cognizable claim against D. Tiernan, and to remove E. Govea[] from the claim."  (Doc. No. 7 at 1.)

　　　　Accordingly, on April 10, 2020, the magistrate judge issued the pending findings and recommendations, recommending that defendant Govea be dismissed from this action.  (Doc. No. 9.)  The findings and recommendations were served on plaintiff and contained notice that any

/////

1  objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 1–2.)  To date,
2  no objections have been filed, and the time in which to do so has now passed.
3          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
4  *de novo* review of this case.  Having carefully reviewed the file, the court finds the findings and
5  recommendations to be supported by the record and proper analysis.
6          Accordingly,
7          1.      The April 10, 2020 findings and recommendations (Doc. No. 9) are adopted in
8                  full;
9          2.      Defendant E. Govea is dismissed from this action;
10         3.      The Clerk of the Court is directed to change the name of this case to *Steven T.*
11                 *Leslie v. D. Tiernan*; and
12         4.      This case is referred back to the assigned magistrate judge for further proceedings.
13 IT IS SO ORDERED.

   Dated:   **May 12, 2020**                          _Dale A. Drozd_
                                                      UNITED STATES DISTRICT JUDGE