UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN T. LESLIE,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>D. TIERNAN,<br><br>　　　　　　　　Defendant. | Case No. 1:20-cv-00004-DAD-JLT  (PC)<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR REMOTE APPEARANCE OF STEVEN T. LESLIE, CDCR NO. K-21805**<br><br>DATE:  OCTOBER 7, 2021<br>TIME:  9:00 A.M. |

　　　　Steven T. Leslie, CDCR No. K-21805, a necessary participant in a settlement conference on OCTOBER 7, 2021, is confined at Valley State Prison in Chowchilla, California, in the custody of the warden. To secure the inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian of the prison to produce the inmate before Magistrate Judge Kendall J. Newman, U.S. District Court, Eastern District of California, by Zoom videoconference on OCTOBER 7, 2021, at 9:00 A.M.

### ACCORDINGLY, THE COURT ORDERS:

　　　　1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the warden to produce the inmate named above, by Zoom videoconference, to participate in a settlement conference before Magistrate Judge Kendall J. Newman on the date and time above, until completion of the conference or as ordered by the court. Zoom videoconference connection information will be supplied via email.

　　　　2.  Any difficulties connecting to the Zoom videoconference shall be immediately reported to Alexandra Waldrop, Courtroom Deputy, at awaldrop@caed.uscourts.gov.

　　　　3.  The custodian shall notify the court of any change in custody of this inmate and provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  The Warden of Valley State Prison**
　　　　**WE COMMAND** you to produce the inmate named above to testify before Judge Newman on the date and time above, by Zoom videoconference, until completion of the proceedings or as ordered by the court.
　　　　**FURTHER**, you are ordered to notify the court of any change in custody of the inmate and to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

　　　Dated:   **August 24, 2021**　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE