UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN T. LESLIE,<br><br>                    Plaintiff,<br><br>          v.<br><br>D. TIERNAN,<br><br>                    Defendant. | Case No. 1:20-cv-00004-DAD-JLT (PC)<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE |

The parties have settled their case and have stipulated to the action being dismissed with prejudice.  (Docs. 29, 30) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).  Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:   __October 12, 2021__                _____ /s/ Jennifer L. Thurston__
                                                       CHIEF UNITED STATES MAGISTRATE JUDGE